RECEIVED MAR 17 2025 U.S.D.C. W.P.

U.S. District Court
Southern District of New York

Raheem Davis
A.K.A
Allah Reserve

vs

U.S.A, George W. Bush, Barack O'Bama, Joe Biden, Donald Trump, U.S. Supreme Court, Hon. Lewis A. Kaplan, Hon. Victor Merrero, Hon. Edgardo Ramos, Hon. Charles L. Brient Jr., Prosecutors Katherine Lemire, David Jaffe, Rebecca Monck, John H. Lleberecht, Doctor Harry, Attorneys Mitchell Dinnerstein, Micheal Young, Detective Killen, P.O. Yougya], Bureau of Prisons, and Federal Bureau of Investigations, A.K.A Devil (Federal Reserves), et.al.

Case # 24cv8014 (LTS)(SDNY)

<u>Lawsuit</u>

I will like to sue all the Defendants in their individual and official capacity

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Raheem Davis

A.K.A ALLAH Reserve

Write the full name of each plaintiff.

No. 24cv8014

(To be filled out by Clerk's Office)

-against-

United States of America

et. al. see, attach Document.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Raheem _____ Davis
First Name     Middle Initial     Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

58146-054
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Medical Center
Current Place of Detention

P.O. Box 4000
Institutional Address

Springfield          MO          65801
County, City         State       Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☑ Other: _____Hostage_____

Page 2

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

| First Name | Last Name | Shield # |
|---|---|---|

U.S. Attorney General

Current Job Title (or other identifying information)

950 Pennsylvania (Ave) NW

Current Work Address

Washington    D.C.,    20530

County, City    State    Zip Code

Defendant 2:

First Name    Last Name    Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City    State    Zip Code

Defendant 3:

First Name    Last Name    Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City    State    Zip Code

Defendant 4:

First Name    Last Name    Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City    State    Zip Code

Page 3

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Southern District of New York

Date(s) of occurrence: August, 17, 2005

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

I, Raheem Davis will like this case turned into a Bivens act. See, (24cv8014), All the Defendants is in my cell torturing and interrogating me illegally with a military satellite, they is in a extra judicial Drug food conspiracy to force me to cooperate and murder me for my Prophecy. This Big Political food conspiracy been going on since May-7, 2011 officially, Declared war on me! Thats when Barack O'Bama told me I'm a Hostage and Innocent man. He also, told me he murdered my Family by me eating Religious Peanut Butter See, 11cv2249(BMB). I been a Hostage since August, 17, 2005. The F.B.O.P been putting Death Penalty Drugs in my food since Jan. 11, 2008. Barack O'Bama reveal these death penalty drugs and mental Telepathy Drugs to me on may-7, 2011. "He told me I murdered your family, what make you think you is going to live". Through a military satellite, I been on this satellite being tortured and interrogated ever since! also, starved to 119lbs with full restraints on, Starved for 3 years straight, see medical Record. Barricaded in my cell force feed Death Penalty Drugs since January 2008 to cooperate.

Page 4

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Psychological and Biological
(Diseases) injuries. Medical Center (Springfield). 18 usc 4248
Tortured for 17 years straight, since, Jan. Conn. Htd
11, 2008; kept in Admin. segre, without adequate
Due Process of Law, stabbed in starved for almost
14 years straight since May. 7, 2011, see, 24cv8014.
Illegal military operations. Extra Judicial Drug food conspiracy (Hostage)

**VI. RELIEF** since, August. 17, 2005. No Jurisdiction to house me in (F.B.o.P).
Trying to force me to cooperate (Raheem Davis), to stop Prophecy!

State briefly what money damages or other relief you want the court to order.

ALLAH Reserve, ALLAH virtue Reality
Agency, ALLAH Bureau of Prisons,
and A $100. Trillion to run the Planet,
by U.S. of America. Also, Legal Team
and military, Million Arm force Men
(Honorable) and Trained (military specialist)
Federal Reserves forfeit U.S. Treasury Department (If can't Pay).
I want the Federal Reserves put in Prison
for Treatise and Terrorist charges, Also,
USA take Default for all my Psych-
ological and biological injuries (Due Process violations)

Page 5

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: Mar. 5, 2025

Plaintiff's Signature: Raheem Davis

First Name: Raheem
Middle Initial:
Last Name: Davis

Prison Address: Medical Center P.O. Box 4000

County, City: Springfield
State: MO
Zip Code: 65801

Date on which I am delivering this complaint to prison authorities for mailing: Mar. 5, 2025

Page 6

Raheem Oans Reg#84660574
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

USMS
SDNY

Clerk of court
(USDC) (SDNY)
300 quarropas street
white plains NY, 10601

RECEIVED
MAR 17 2025
U.S.D.C.
W.P.

USA Forever